Park Haven, LLC v Womack (2020 NY Slip Op 50945(U))

[*1]

Park Haven, LLC v Womack

2020 NY Slip Op 50945(U) [68 Misc 3d 129(A)]

Decided on August 14, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 14, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2019-158 Q C

Park Haven, LLC, Appellant,
against
Sandra Dee Womack, Respondent. 

Curtis Harger, Esq., for appellant.
Sandra Dee Womack, respondent pro se (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Queens County (Larry
Love, J.), entered February 14, 2017. The judgment, after an inquest, dismissed the action.

ORDERED that the judgment is affirmed, without costs.
In this small claims action, plaintiff seeks to recover the principal sum of $5,000 from
defendant, its former tenant, for late fees, insufficient funds fees, legal fees, unpaid rent, and
damage beyond normal wear and tear. After an inquest, the Civil Court dismissed the action,
finding that the damages plaintiff proved were less than the $1,600 security deposit plaintiff was
holding.[FN1]

In a small claims action, our review is limited to a determination of whether "substantial
justice has . . . been done between the parties according to the rules and principles of substantive
law" (CCA 1807; see CCA 1804; Ross v Friedman, 269 AD2d 584 [2000];
Williams v Roper, 269 AD2d 125 [2000]). We find no basis in the record to disturb the
judgment, which rendered substantial justice between the parties (see CCA 1804,
1807).

Accordingly, the judgment is affirmed. 

ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.

ENTER:

Paul Kenny

Chief Clerk

Decision Date: August 14, 2020

Footnotes

Footnote 1: We note that as plaintiff does
not challenge the propriety of the security deposit setoff on appeal, we do not reach that issue.